1 | DOUGLAS J. FARMER (SBN 139646)
douglas.farmer@ogletreedeakins.com
2 | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Steuart Tower, Suite 1300
3 | One Market Plaza
San Francisco, CA 94105
4 | Telephone: 415.442.4810
Facsimile: 415.442.4870
5
Attorneys for Defendant
6 | GENERAL INSULATION COMPANY

7

CHRISTOPHER R. LeCLERC (SBN 233479)
8 | LE CLERC & LE CLERC LLP
235 Montgomery Street, Suite 1019
9 | San Francisco, CA 94104
Telephone: (415) 445-0900
10 | Fax: (415) 445-9977
chris@leclerclaw.com
11
STEPHEN DANZ (SBN 68318)
12 | STEPHEN DANZ & ASSOCIATES
11661 San Vicente Blvd., Suite 500
13 | Los Angeles, CA 90049
Telephone: (877) 789-9707
14 | Fax: (310) 207-5006
stephen.danz@employmentattorneyca.com
15
Attorneys for Plaintiff
16 | MICHAEL HENDERSON

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| MICHAEL HENDERSON, an individual, | Case No. 4:15-cv-04821-JCS |
|---|---|
| Plaintiff, | **STIPULATION TO DISMISS ACTION WITH PREJUDICE** |
| vs. | |
| GENERAL INSULATION COMPANY; and DOES 1-50, inclusive. | Action Filed: September 17, 2015<br>Removed: October 19, 2015<br>Trial Date: Not Set |
| Defendant. | |

Case No. 4:15-cv-04821-JCS
STIPULATION TO DISMISS ACTION WITH PREJUDICE

Defendant General Insulation Company ("Defendant" or "GIC") and Plaintiff Michael Henderson ("Plaintiff") by and through their respective counsel of record, hereby jointly stipulate to and request the dismissal of the above-entitled action, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Additionally, Plaintiff requests that Plaintiff's complaint be dismissed in its entirety with prejudice. It is also stipulated that each of the parties to this action are to bear their own attorney's fees, costs and expenses.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: April 27, 2016

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:  /s/ *Douglas J. Farmer*
     Douglas J. Farmer

Attorneys for Defendant
GENERAL INSULATION COMPANY

DATED: April 27, 2016

LECLERC & LECLERC LLP

By:  /s/ *Christopher R. LeClerc*
     Christopher R. LeClerc

Attorneys for Plaintiff
MICHAEL HENDERSON

## ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED: April 27, 2016

By:  /s/ *Douglas J. Farmer*
     Douglas J. Farmer

24473319.2

Dated: 4/29/16

[GRANTED seal — Judge Joseph C. Spero, United States District Court, Northern District of California]

1    Case No. 4:15-cv-04821-JCS
STIPULATION TO DISMISS ACTION WITH PREJUDICE